IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUTHIE ANN CUSHER,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>      Defendant. | Case No. 20-CIV-02-RAW-SPS |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On February 23, 2021, the United States Magistrate Judge entered a Report and Recommendation recommending that the above-styled case be reversed and remanded for further proceedings [Docket No. 20]. The Magistrate Judge found that correct legal standards were not applied by the Administrative Law Judge and the decision of the Commissioner is therefore not supported by substantial evidence. The time for objection has passed, and no objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 15th day of March, 2021.

                                                                  _____
                                                                  HONORABLE RONALD A. WHITE
                                                                  UNITED STATES DISTRICT JUDGE
                                                                  EASTERN DISTRICT OF OKLAHOMA